UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | |
|---|---|
| **Case No.** EDCV 23-2403-MWF (JPR) | **Date:** March 18, 2024 |
| **Title:** Devin Wade v. US Justice Department | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:
Rita Sanchez

Court Reporter:
Not Reported

Attorneys Present for Plaintiff:
None Present

Attorneys Present for Defendant(s):
None Present

**Proceedings (In Chambers):** ORDER DISMISSING CASE FOR FAILING TO FILE A COMPLETE REQUEST TO PROCEED *IN FORMA PAUPERIS*, PAY FILING FEE, OR RESPOND TO COURT ORDER

All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).

On January 24, 2024, the Court postponed ruling on Plaintiff's request to proceed *in forma pauperis* ("Request") because it was incomplete. The Court directed Plaintiff to either: (1) refile a fully completed Request; or (2) pay the full filing fee. The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.

To date, Plaintiff has not responded to the Court's Order. Accordingly, this action is **DISMISSED** without prejudice.

IT IS SO ORDERED.